AO 91 (Rev. 5/85) Criminal Complaint

## United States District Court
### For The District of Columbia

UNITED STATES OF AMERICA

v.

THOMAS R. JONES
aka CALVIN LORENZO JONES
DOB:
PDID:
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05 - 668M - 01

FILED
DEC 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __DECEMBER 17, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER BRIAN KELLEY__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

X _____
Signature of Complainant
OFFICER BRIAN KELLEY
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

Date: DEC 19 2005
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at Washington, D.C.
City and State

_____
Signature of Judicial Officer