05-668M

64

# Superior Court of the District of Columbia

## SPECIAL PROCEEDINGS SECTION


SP 3489-05

UNITED STATES
VS
JONES, THOMAS R
Lockup Nbr: 64

PDID:          DOB:          CR:

**FILED**

DEC 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Aikn, N. 4130554

| DATE | COURT CLERK'S MEMORANDUM | JUDGE |
|---|---|---|
| 12/17/05 | C/O 18 USC 3142 (f) No Bond TOT District Court 12/19/05 at 9:00am CMe up issued. | Burgess |
| 12-20-05 | Contents of Jacket forwarded to U.S. District Court. | Jp Branch |